1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  L. Timothy Fisher, Of Counsel (Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: (925) 945-0770
4  Facsimile: (925) 945-8792

5  SCHIFFRIN & BARROWAY LLP
   Lee D. Rudy
6  Michael Wagner
   Bradley A. Dirks
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9
   Attorneys for Plaintiffs
10
   [Additional Counsel Appear on Signature Page]
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION                    *E-FILED - 2/6/07*

15 | MARVIN STEGER, Derivatively on Behalf of      | Case No. C06-06699 RMW
   | Nominal Defendant MIPS TECHNOLOGIES,
16 | INC.,                                          | STIPULATION AND [PROPOSED]
                                                     ORDER GRANTING RELIEF FROM
17 |                              Plaintiff,       | AUTOMATIC REFERRAL TO
                                                     ASSIGNMENT TO THE ADR
18 |      v.                                       | MULTI-OPTION PROGRAM

19 | JOHN E. BOURGOIN, JACK BROWNE,
   | KENNETH L. COLEMAN, SANDY
20 | CREIGHTON, DEVIN C. EICHLER, FRED M.
   | GIBBONS, ANTHONY B. HOLBROOK,
21 | WILLIAM M. KELLY, LAVI LEV and DEREK
   | MEYER,
22
                                  Defendants,     | **JURY TRIAL DEMANDED**
23
          and,
24
   MIPS TECHNOLOGIES, INC.,
25
                         Nominal Defendant.
26

27

28
   STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO
   ASSIGNMENT TO THE ADR MULTI-OPTION PROGRAM
   CASE NO. C06-06699 RMW
   50015

WHEREAS, this shareholder derivative action was commenced on October 27, 2006;

WHEREAS, on October 27, 2006, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, and assigned this matter to the ADR Multi-Option Program;

WHEREAS, on November 2, 2006, counsel for Plaintiff filed a Request for Reassignment to a United States District Judge;

WHEREAS, on November 3, 2006, the Court issued an order reassigning the case to the Honorable Ronald M. Whyte for all further proceedings; and

WHEREAS, counsel for all of the parties have conferred and agree that this shareholder derivative action is not appropriate for the ADR Multi-Option Program, and that a request to the Court for relief pursuant to ADR L.R. 3-3(c) is appropriate.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties to this action hereby stipulate, by and through their counsel of record and subject to the approval of the Court, that this action should be removed from the ADR Multi-Option Program.

Respectfully submitted,

Dated: January 26, 2007        SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

_____
Alan R. Plutzik

Alan R. Plutzik, Of Counsel
L. Timothy Fisher, Of Counsel
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

SCHIFFRIN & BARROWAY LLP
Lee D. Rudy, Esq.
Michael Wagner, Esq.
Bradley A. Dirks, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs

Dated: January 26, 2007          FENWICK & WEST LLP


                                 _____/s/____Felix S. Lee_____
                                              Felix S. Lee

                                 Felix S. Lee, Esq.
                                 Silicon Valley Center
                                 801 California Street
                                 Mountain View, CA 94041
                                 Telephone: (650) 988-8500
                                 Facsimile: (650) 938-5200

                                 Attorneys for Defendants John E. Bourgoin, Jack Browne, Kenneth L. Coleman, Sandy Creighton, Kevin C. Eichler, Fred M. Gibbons, Anthony B. Holbrook, William M. Kelly, Lavi Lev, Derek Meyer, and Nominal Defendant MIPS Technologies, Inc.


                         *       *       *

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of January 2007 at Walnut Creek, California.

                                 _____
                                              Alan R. Plutzik

                         *       *       *

### ORDER

Pursuant to the parties' stipulation and pursuant to ADR L.R. 3-3(c), it is HEREBY ORDERED that this matter is removed from the ADR Multi-Option Program.

DATED: __2/6/07_____         _Ronald M. Whyte_____
                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO THE ADR MULTI-OPTION PROGRAM
CASE NO. C06-06699 RMW
50015                                                                                   2