1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone:  415/288-4545
   415/288-4534 (fax)
6  johng@lerachlaw.com
   shawnw@lerachlaw.com
7  mwinkler@lerachlaw.com
   abaig@lerachlaw.com
8
   [Proposed] Lead Counsel for Plaintiffs
9
   [Additional counsel appear on signature page.]
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN JOSE DIVISION                    *E-FILED - 4/12/07*
13
   MARVIN STEGER, Derivatively on Behalf of )  No. C-06-06699-RMW
14 Nominal Defendant MIPS TECHNOLOGIES, )
   INC.,                                    )  STIPULATION AND [] ORDER
15                                          )  CONTINUING FURTHER CASE
                                 Plaintiff, )  MANAGEMENT CONFERENCE SET FOR
16                                          )  MARCH 30, 2007
              vs.                           )
17                                          )
   JOHN E. BOURGOIN, et al.,                )
18                                          )
                              Defendants,   )
19                                          )
              – and –                       )
20                                          )
   MIPS TECHNOLOGIES, INC.,                 )
21                                          )
                        Nominal Defendant.  )
22 _____ )

23 [Caption continued on following page.]

24

25

26

27

28

| | | |
|---|---|---|
| 1 | JOSEPH CARCO, Derivatively on Behalf of MIPS TECHNOLOGIES, INC., | ) No. C-07-00661-RMW |
| 2 | | ) |
| 3 | Plaintiff, | ) |
| 4 | vs. | ) |
| 5 | ANTHONY B. HOLBROOK, et al., | ) |
| 6 | Defendants, | ) |
| 7 | – and – | ) |
| 8 | MIPS TECHNOLOGIES, INC., a Delaware corporation, | ) |
| 9 | Nominal Defendant. | ) |

| | | |
|---|---|---|
| 10 | LEO MICHAELS, Derivatively on Behalf of Nominal Defendant MIPS TECHNOLOGIES, INC., | ) No. C-07-00771-RMW |
| 11 | | ) |
| 12 | Plaintiff, | ) |
| 13 | vs. | ) |
| 14 | JOHN E. BOURGOIN, et al., | ) |
| 15 | Defendants, | ) |
| 16 | – and – | ) |
| 17 | MIPS TECHNOLOGIES, INC., | ) |
| 18 | Nominal Defendant. | ) |

19
20
21
22
23
24
25
26
27
28

1   WHEREAS, a further Case Management Conference in *Steger v. Bourgoin, et al.*, 5:06-cv-
2   06699-RMW, is currently set for March 30, 2007;

3   WHEREAS, the *Steger* action has been related to two other substantially similar actions,
4   *Michaels v. Bourgoin, et al.*, 5:07-cv-00771-RMW, and *Carco v. Holbrook, et al.*, 5:07-cv-00661-
5   RMW, which are both pending in this Court;

6   WHEREAS, both the *Michaels* and *Carco* actions have Case Management Conference's
7   scheduled for May 18, 2007;

8   WHEREAS, on February 26, 2007, plaintiff Joseph Carco filed a Motion to Consolidate, to
9   Appoint Joseph Carco as Lead Plaintiff and to Appoint Lerach Coughlin Stoia Geller Rudman &
10   Robbins LLP as Lead Counsel ("plaintiff's motion");

11   WHEREAS, on March 23, 2007 defendants filed a Response to plaintiff's motion;

12   WHEREAS, plaintiff's motion is currently set for hearing before this Court on April 13,
13   2007; and

14   WHEREAS, the parties believe that the interests of judicial economy are better served by
15   postponing the Case Management Conference in the *Steger* action until May 25, 2007, the date of
16   the Case Management Conference for the other matters consolidated with the *Steger* action, by
17   which time plaintiff's Motion to Consolidate will be resolved.

18   IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through
19   their respective counsel of record that, subject to the Court's approval, the Case Management
20   Conference in *Steger v. Bourgoin, et al.*, 5:06-cv-06699-RMW, currently scheduled for March 30,
21   2007, shall be taken off calendar and rescheduled for May 25, 2007, or at another date convenient
22   for the Court.

23   DATED:  March 29, 2007                    LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
24                                             JOHN K. GRANT
                                               SHAWN A. WILLIAMS
25                                             MONIQUE C. WINKLER
                                               AELISH M. BAIG
26

27                                                        /s/
28                                             JOHN K. GRANT

STIPULATION AND [] ORDER CONTINUING FURTHER CASE MANAGEMENT
CONFERENCE SET FOR MARCH 30, 2007 - C-06-06699-RMW                          - 1 -

1

2    100 Pine Street, Suite 2600
     San Francisco, CA  94111
3    Telephone:  415/288-4545
     415/288-4534 (fax)

4    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
5    TRAVIS E. DOWNS III
     KATHLEEN A. HERKENHOFF
6    BENNY C. GOODMAN III
     MARY LYNNE CALKINS
7    655 West Broadway, Suite 1900
     San Diego, CA  92101-3301
8    Telephone:  619/231-1058
     619/231-7423 (fax)

9
     LERACH COUGHLIN STOIA GELLER
10      RUDMAN & ROBBINS LLP
     THOMAS G. WILHELM
11   9601 Wilshire Blvd., Suite 510
     Los Angeles, CA  90210
12   Telephone:  310/859-3100
     310/278-2148 (fax)

13
     [Proposed] Lead Counsel for Plaintiffs and
14   Attorneys for Plaintiff Joseph Carco

15
     DATED:  March 29, 2007          SCHIFFRIN & BARROWAY LLP
16                                   ERIC L. ZAGAR

17

18                                   _____/s/_____
                                     ERIC L. ZAGAR
19
                                     280 King of Prussia Road
20                                   Radnor, PA 19087
                                     Telephone:  (484) 270-1401
21                                   (610) 667-7056  (fax)

22                                   Attorneys for Plaintiff Marvin Steger

23
     DATED:  March 29, 2007          FENWICK & WEST
24                                   FELIX S. LEE

25

26                                   _____/s/_____
                                     FELIX S. LEE
27
                                     Silicon Valley Center
28                                   801 California Street

STIPULATION AND [] ORDER CONTINUING FURTHER CASE MANAGEMENT
CONFERENCE SET FOR MARCH 30, 2007 - C-06-06699-RMW                    - 2 -

1
2

Mountain View, California 94041
Telephone:  650/335-7123
650/938-5200(fax)

3

Attorneys for Defendants

4

5

6

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Continuing Further Case Management Conference Set For March 30, 2007.  In compliance with General Order 45, X.B., I hereby attest that Eric L. Zagar and Felix S. Lee have concurred in this filing.

7

*       *       *

8

9

**O R D E R**

10

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled for March 30, 2007, shall be taken off calendar and rescheduled for May 25, 2007.

11

12

IT IS SO ORDERED.

13

DATED:  ___4/12/07_____

*Ronald M. Whyte*

14

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 29, 2007.

_____
/s/
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:JohnG@lerachlaw.com

T:\CasesSF\MIPS Derivative\STP00040459_CMCa.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT
CONFERENCE SET FOR MARCH 30, 2007 - C-06-06699-RMW                          - 4 -

# Mailing Information for a Case 5:06-cv-06699-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com mfogle@bramsonplutzik.com

- **Tara Puhua Kao**
  tkao@sbtklaw.com der_filings@sbtklaw.com

- **Felix S. Lee**
  flee@fenwick.com

- **Susan Samuels Muck**
  smuck@fenwick.com jwebb@fenwick.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com slim@fenwick.com

- **Kathryn A. Schofield**
  kschofield@bramsonplutzik.com mfogle@bramsonplutzik.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph Carco

Eric Lechtzin
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

Gaurav Mathur
Fenwick & West LLP
555 California Street
12th Floor
San Francisco, CA 94041
```