1  SUSAN S. MUCK (CSB No. 126930)
   E-Mail: smuck@fenwick.com
2  GAURAV MATHUR (CSB No. 242630)
   E-Mail: corellana@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:   (415) 281-1350

6  JAY L. POMERANTZ (CSB No. 209869)
   E-Mail: jpomerantz@fenwick.com
7  FELIX S. LEE (CSB No. 197084)
   E-Mail: flee@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
9  Mountain View, CA  94041
   Telephone:   (650) 988-8500
10 Facsimile:   (650) 938-5200

11 Attorneys for Defendants

12               UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION          *E-FILED - 5/22/07*

| | |
|---|---|
| 15  In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | Master File No. C-06-06699-RMW |
| 16 | **STIPULATION AND [] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE SET FOR MAY 25, 2007** |
| 17  _____ | |
| 18  This Document Relates To: | |
| 19       All Actions | |

20
21
22
23
24
25
26
27
28

1  WHEREAS, pursuant to the stipulation and order entered by the Court on April 12, 2007,
2  a further case management conference in the above-captioned action is currently set for May 25,
3  2007;

4  WHEREAS, pursuant to the order entered by the Court on April 12, 2007, various related
5  cases were consolidated into this action, lead plaintiff and lead counsel was appointed, and a
6  briefing schedule set for defendants' anticipated motion to dismiss;

7  WHEREAS, a consolidated complaint in this action is due on May 29, 2007, and briefing
8  on defendants' motion to dismiss will be completed by September 17, 2007;

9  WHEREAS, the parties believe that the interests of judicial economy are better served by
10  postponing the further case management conference until after the hearing on the defendants'
11  motion to dismiss; and

12  IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through
13  their respective counsel of record that, subject to the Court's approval, the Case Management
14  Conference in this action, currently set for May 25, 2007, shall be taken off of calendar and
15  rescheduled for October 12, 2007, or another date convenient for the Court.

16  Dated: May 10, 2007                FENWICK & WEST LLP

18                                     By:     /s/Felix S. Lee
                                                    Felix S. Lee
19
                                       Attorneys for Defendants
20

21  Dated: May 10, 2007                LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
22

23
                                       By:     /s/John K. Grant
24                                                  John K. Grant

25                                     Attorneys for Plaintiffs

STIPULATION & [] ORDER                 - 1 -                    Case No. C-06-06699-RMW
CONTINUING FURTHER CMC

1  **ORDER**

2  PURSUANT TO STIPULATION, the further Case Management Conference currently

3  scheduled in the above-captioned action for May 25, 2007 shall be taken off calendar and

4  rescheduled for October 12, 2007 or another date convenient for the Court.

5  IT IS SO ORDERED.

6

7  DATED:   5/22/07                               *Ronald M. Whyte*

8                                                 The Honorable Ronald M. Whyte
                                                   United States District Judge