LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED - 6/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-06699-RMW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE CONSOLIDATED COMPLAINT |

1  WHEREAS, pursuant to the order entered by the Court on April 12, 2007, lead plaintiff's consolidated complaint is currently due on May 29, 2007;

WHEREAS, MIPS Technologies, Inc. ("MIPS" or the "Company") is currently in the process of completing the review of its special committee report and of the restatement of its historical financial statements; and

WHEREAS, the parties believe that the preservation of the parties' resources and the interests of judicial economy are better served by postponing the filing of lead plaintiff's consolidated complaint until July 16, 2007;

IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record that, subject to the Court's approval, lead plaintiff shall have until July 16, 2007 to file its consolidated complaint.

DATED: May 25, 2007

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

/s/
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>    RUDMAN & ROBBINS LLP |
| 3 | TRAVIS E. DOWNS III<br>KATHLEEN A. HERKENHOFF |
| 4 | BENNY C. GOODMAN III<br>MARY LYNNE CALKINS |
| 5 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301 |
| 6 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 7 | LERACH COUGHLIN STOIA GELLER |
| 8 |     RUDMAN & ROBBINS LLP<br>THOMAS G. WILHELM |
| 9 | 9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA  90210 |
| 10 | Telephone:  310/859-3100<br>310/278-2148 (fax) |
| 11 | Lead Counsel for Plaintiffs |

DATED:  May 25, 2007                          FENWICK & WEST LLP
                                              SUSAN MUCK

                                                       /s/
                                              ———————————————
                                                   SUSAN MUCK

                                              555 California Street
                                              12th Floor
                                              San Francisco, CA 94104
                                              Telephone: 415.875.2300
                                              415.281.1350 (fax)

                                              Attorneys for Defendants

I, JOHN K. GRANT, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE CONSOLIDATED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that SUSAN MUCK have concurred in this filing.

                                                       /s/
                                              ———————————————
                                                 JOHN K. GRANT

* * *

# ORDER

PURSUANT TO STIPULATION, lead plaintiff shall have until July 16, 2007 to file its consolidated complaint.

IT IS SO ORDERED.

DATED: __6/6/07_____    _Ronald M. Whyte_____
                             THE HONORABLE RONALD M. WHYTE
                             UNITED STATES DISTRICT JUDGE

T:\CasesSF\MIPS Derivative\STP00042267.doc

# Mailing Information for a Case 5:06-cv-06699-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bradley A. Dirks**
  bdirks@sbtklaw.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com moldenburg@bramsonplutzik.com

- **Tara Puhua Kao**
  tkao@sbtklaw.com der_filings@sbtklaw.com

- **Felix Shih-Young Lee**
  flee@fenwick.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Susan Samuels Muck**
  smuck@fenwick.com cgalvin@fenwick.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com slim@fenwick.com

- **Darren J. Robbins**

- **Kathryn A. Schofield**
  kschofield@bramsonplutzik.com moldenburg@bramsonplutzik.com

- **Michael C. Wagner**
  mwagner@sbtklaw.com der_filings@sbtklaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Eric L. Zagar**

ezagar@sbtklaw.com
rwinchester@sbtklaw.com;der_filings@sbtklaw.com;kpopovich@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert Bramson**
Schiffrin Barroway Topas & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94589

**L Timothy Fisher**
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 102
Walnut Creek, Ca 94598

**Eric Lechtzin**
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

**Gaurav Mathur**
Fenwick & West LLP
555 California Street
12th Floor
San Francisco, CA 94041

**Lee D. Rudy**
Schiffrin Barroway Topaz &Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087