1   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2   JOHN K. GRANT (169813)
    SHAWN A. WILLIAMS (213113)
3   MONIQUE C. WINKLER (213031)
    AELISH M. BAIG (201279)
4   100 Pine Street, Suite 2600
    San Francisco, CA  94111
5   Telephone:  415/288-4545
    415/288-4534 (fax)
6   johng@lerachlaw.com
    shawnw@lerachlaw.com
7   mwinkler@lerachlaw.com
    abaig@lerachlaw.com
8
    Lead Counsel for Plaintiffs                    *E-FILED - 8/20/07*
9
    [Additional counsel appear on signature page.]
10
                     UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13
    In re MIPS TECHNOLOGIES, INC.        )   No. C-06-06699-RMW
14  DERIVATIVE LITIGATION                )
                                         )   STIPULATION AND [] ORDER
15  ──────────────────────────────      )   FURTHER EXTENDING TIME FOR LEAD
                                         )   PLAINTIFF TO FILE CONSOLIDATED
16  This Document Relates To:            )   COMPLAINT
                                         )
17      ALL ACTIONS.                     )
                                         )
18  ──────────────────────────────      )

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, pursuant to the Order entered by the Court on April 12, 2007, lead plaintiff's

2  consolidated complaint was due on May 29, 2007;

3    WHEREAS, on June 6, 2007, based on the parties' stipulation, the Court entered an Order

4  extending the time for lead plaintiff to file his consolidated complaint until July 16, 2007;

5    WHEREAS, MIPS Technologies, Inc. ("MIPS" or the "Company") is still in the process of

6  completing the review of its special committee report and of the restatement of its historical financial

7  statements; and

8    WHEREAS, the parties believe that the preservation of the parties' resources and the

9  interests of judicial economy are better served by postponing the filing of lead plaintiff's

10  consolidated complaint until August 30, 2007;

11    IT IS THEREFORE STIPULATED AND AGREED by lead plaintiff and defendants,

12  through their respective counsel of record that, subject to the Court's approval, lead plaintiff shall

13  have until August 30, 2007 to file his consolidated complaint.

14  DATED:  July 13, 2007                    LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
15                                          TRAVIS E. DOWNS III
                                            KATHLEEN A. HERKENHOFF
16                                          BENNY C. GOODMAN III
                                            MARY LYNNE CALKINS
17

18

19                                                    /s/
                                            TRAVIS E. DOWNS III
20
                                            655 West Broadway, Suite 1900
21                                          San Diego, CA  92101-3301
                                            Telephone:  619/231-1058
22                                          619/231-7423 (fax)

23

24

25

26

27

28

STIPULATION AND [] ORDER FURTHER EXTENDING TIME FOR LEAD PLAINTIFF
TO FILE CONSOLIDATED COMPLAINT - C-06-06699-RMW                          - 1 -

1

2          LERACH COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
3          JOHN K. GRANT
           SHAWN A. WILLIAMS
           MONIQUE C. WINKLER
4          AELISH M. BAIG
           100 Pine Street, Suite 2600
5          San Francisco, CA  94111
           Telephone:  415/288-4545
6          415/288-4534 (fax)

7          LERACH COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
8          THOMAS G. WILHELM
           9601 Wilshire Blvd., Suite 510
9          Los Angeles, CA  90210
           Telephone:  310/859-3100
10         310/278-2148 (fax)

11         Lead Counsel for Plaintiffs

12  DATED:  July 13, 2007          FENWICK & WEST LLP
                                   SUSAN S. MUCK
13

14
                                        /s/
15                                  SUSAN S. MUCK
                                   555 California Street
16                                 12th Floor
                                   San Francisco, CA 94104
17                                 Telephone: 415/875-2300
                                   415/281-1350 (fax)
18
                                   Attorneys for Defendants
19

20         I, Travis E. Downs, III, am the ECF User whose ID and password are being used to file this

21  Stipulation and [Proposed] Order Further Extending Time for Lead Plaintiff to File Consolidated

22  Complaint in compliance with general order 45, X.B.  I hereby attest that Susan S. Muck has

23  concurred in this filing.

24                                      /s/
                                   TRAVIS E. DOWNS, III
25

26

27

28

STIPULATION AND [] ORDER FURTHER EXTENDING TIME FOR LEAD PLAINTIFF
TO FILE CONSOLIDATED COMPLAINT - C-06-06699-RMW                        - 2 -

1                          *       *       *

2                          **O R D E R**

3        PURSUANT TO STIPULATION, lead plaintiff shall have until August 30, 2007 to file

4   his consolidated complaint.

5        IT IS SO ORDERED.

6   DATED:  __ 8/20/07 _____ _____*Ronald M. Whyte*_____

7                              THE HONORABLE RONALD M. WHYTE
                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on July 13, 2007, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on July 13, 2007.

9                                              _____
                                                          /s/
                                               TRAVIS E. DOWNS III
10

11                                             LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
12                                             655 West Broadway, Suite 1900
                                               San Diego, CA  92101-3301
13                                             Telephone:  619/231-1058
                                               619/231-7423 (fax)
14

15                                             E-mail:travisd@lerachlaw.com

16   T:\CasesSF\MIPS Derivative\STP00043484_EXTEND.doc

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-06699-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bradley A. Dirks**
  bdirks@sbtklaw.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd

- **Tara Puhua Kao**
  tkao@sbtklaw.com,der_filings@sbtklaw.com

- **Felix Shih-Young Lee**
  flee@fenwick.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Susan Samuels Muck**
  smuck@fenwick.com,cgalvin@fenwick.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com,slim@fenwick.com

- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Michael C. Wagner**

mwagner@sbtklaw.com,der_filings@sbtklaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchest

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert Bramson**
Schiffrin Barroway Topas & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94589

**L Timothy Fisher**
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 102
Walnut Creek, Ca 94598

**Eric Lechtzin**
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

**Gaurav Mathur**
Fenwick & West LLP
555 California Street
12th Floor
San Francisco, CA 94041

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Lee D. Rudy**
Schiffrin Barroway Topaz &Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087