1  SUSAN S. MUCK (CSB No. 126930)
   KEVIN P. MUCK (CSB No. 120918)
2  KALAMA M. LUI-KWAN (CSB No. 242121)
   GAURAV MATHUR (CSB No. 242630)
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 875-2300
5  Facsimile:   (415) 281-1350
   smuck@fenwick.com
6  kmuck@fenwick.com
   klui-kwan@fenwick.com
7  gmathur@fenwick.com

8  Attorneys for Defendants

***E-FILED - 10/4/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION  _____  This Document Relates To:  All Actions | Master File No. C-06-06699-RMW  **STIPULATION AND []  ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 12, 2007** |

1  WHEREAS, pursuant to the stipulation and order entered by the Court on May 22, 2007, a further case management conference in the above-captioned action is currently set for October 12, 2007;

WHEREAS, pursuant to the order entered by the Court on April 12, 2007, various related cases were consolidated into this action, lead plaintiff and lead counsel were appointed, and a briefing schedule was set for a motion to dismiss by MIPS Technologies, Inc. ("MIPS") on the grounds that plaintiff lacks standing to sue on behalf of MIPS;

WHEREAS, Plaintiff filed a consolidated complaint in this action on August 30, 2007;

WHEREAS, MIPS' motion to dismiss is due no later than October 15, 2007, Plaintiff's opposition to the motion is due no later than November 29, 2007, and MIPS' reply in support of its motion is due no later than December 20, 2007;

WHEREAS, counsel for the parties have conferred and agreed to a hearing date of January 11, 2008 for MIPS' motion to dismiss; and

WHEREAS, the parties believe that the resources of the Court and the parties are best conserved, and the interests of judicial economy are best served, by continuing the case management conference to the same date that MIPS' motion to dismiss shall be heard;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as follows:

1. The Case Management Conference in this action, currently set for October 12, 2007, shall be taken off of calendar and rescheduled for January 11, 2008 at 10:30 a.m.

IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into and submit a further appropriate stipulation amending this filing.

STIPULATION & [] ORDER                    - 1 -                    CASE NO. C-06-06699-RMW
CONTINUING FURTHER CMC

| | | |
|---|---|---|
| Dated: September 27, 2007 | | FENWICK & WEST LLP |

By: _____/s/_____
                    Kevin P. Muck

Attorneys for Defendants

Dated: September 27, 2007        COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____/s/_____
                    John K. Grant

Attorneys for Plaintiffs

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from John K. Grant.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED:  10/4/07                            *Ronald M. Whyte*
                                            THE HONORABLE RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE

22622/00403/LIT/1273653.1

STIPULATION & [] ORDER                - 2 -                CASE NO. C-06-06699-RMW
CONTINUING FURTHER CMC