1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  johng@csgrr.com
   shawnw@csgrr.com
7  mwinkler@csgrr.com
   abaig@csgrr.com
8
   Lead Counsel for Plaintiff
9
   [Additional counsel appear on signature page.]

*E-FILED - 2/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-06699-RMW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [] ORDER EXTENDING TIME SETTING BRIEFING SCHEDULE AND TO FILE CONSOLIDATED COMPLAINT |

1       WHEREAS, the parties have met and conferred regarding a briefing schedule for defendants' motion to dismiss and the date for plaintiffs to file their amended complaint, per Court order currently due January 31, 2008;

      IT IS THEREFORE STIPULATED AND AGREED by lead plaintiff and defendants:

      (a)    Plaintiff's amended complaint may be filed on or before February 20, 2008;

      (b)    Defendants' motion to dismiss may be filed on or before March 28, 2008;

      (c)    Plaintiff's opposition may be filed on or before April 25, 2008;

      (d)    Defendants' reply may be filed on or before May 16, 2008; and

      (e)    Defendants' motion to dismiss will be set for June 13, 2008 or as otherwise ordered by the Court.

DATED: January 28, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


     s/ John K. Grant
     JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

STIPULATION AND [] ORDER EXTENDING TIME SETTING BRIEFING SCHEDULE
AND TO FILE CONSOLIDATED COMPLAINT - C-06-06699-RMW    - 1 -

| | | |
|---|---|---|
| DATED: January 28, 2008 | | FENWICK & WEST LLP<br>KEVIN P. MUCK |

                                                                           s/ Kevin P. Muck
                                                                            KEVIN P. MUCK

                                                 555 California Street, 12th Floor
                                               San Francisco, CA 94104
                                               Telephone: 415/875-2300
                                               415/281-1350 (fax)

                                               Attorneys for Defendants

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time Setting Briefing Schedule and to File Consolidated Complaint in compliance with general order 45, X.B. I hereby attest that Kevin P. Muck has concurred in this filing.

                                                                          s/ John K. Grant
                                                                          JOHN K. GRANT

                                                       *      *      *

## O R D E R

    (a)     Plaintiff's amended complaint may be filed on or before February 20, 2008;

    (b)     Defendants' motion to dismiss may be filed on or before March 28, 2008;

    (c)     Plaintiff's opposition may be filed on or before April 25, 2008;

    (d)     Defendants' reply may be filed on or before May 16, 2008; and

    (e)     Defendants' motion to dismiss will be set for June 13, 2008 or as otherwise ordered by the Court.

Pursuant to the parties' Stipulation, IT IS SO ORDERED.

DATED: 2/6/08                                                  *Ronald M. Whyte*
                                                                         THE HONORABLE RONALD M. WHYTE
                                                                         UNITED STATES DISTRICT JUDGE

T:\CasesSF\MIPS Derivative\S_O00048677_setting briefing schedule.doc

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 28, 2008.

s/ John K. Grant
JOHN K. GRANT
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: johnkg@csgrr.com

# Mailing Information for a Case 5:06-cv-06699-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Bramson**
  rbramson@bramsonplutzik.com

- **Bradley A. Dirks**
  bdirks@sbtklaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **John K. Grant**
  johnkg@csgrr.com,JDecena@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.c

- **Tara Puhua Kao**
  tkao@sbtklaw.com,der_filings@sbtklaw.com

- **Felix Shih-Young Lee**
  flee@fenwick.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Kalama M. Lui-Kwan**
  klui-kwan@fenwick.com,cgalvin@fenwick.com

- **Gaurav Mathur**
  gmathur@fenwick.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Susan Samuels Muck**
  smuck@fenwick.com,cgalvin@fenwick.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com,slim@fenwick.com

- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Christopher James Steskal**
  csteskal@fenwick.com,cgalvin@fenwick.com

- **Michael C. Wagner**
  mwagner@sbtklaw.com,der_filings@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.co

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
L Timothy Fisher
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 102
Walnut Creek, Ca 94598

Eric Lechtzin
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Lee D. Rudy
Schiffrin Barroway Topaz &Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```