KEVIN P. MUCK (CSB No. 120918)
SUSAN S. MUCK (CSB No. 126930)
KALAMA M. LUI-KWAN (CSB No. 242121)
GUINEVERE L. JOBSON (CSB No. 251907)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Email: kmuck@fenwick.com
smuck@fenwick.com
klui-kwan@fenwick.com
gjobson@fenwick.com

Attorneys for Defendants Jack Browne, John E. Bourgoin, Kenneth L. Coleman, Sandy Creighton, Kevin C. Eichler, Fred M. Gibbons, Robert R. Herb, Anthony B. Holbrook, Brad Holtzinger, Benjamin A. Horowitz, Mervin S. Kato, William M. Kelly, Brian Knowles, Lavi Lev, Derek Meyer, Kate Hunt Rundle, Mark Tyndall, and G. Michael Uhler, and Nominal Defendant MIPS Technologies, Inc.

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C 06-06699-RMW |
| | **STIPULATION AND [] ORDER** |
| This Document Relates To:<br>ALL ACTIONS | |

STIPULATION AND [] ORDER                                        CASE NO. C 06-06699-RMW

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their

2    respective counsel of record, as follows:

3    WHEREAS, pursuant to the orders entered by the Court on April 12, 2007

4    ("Consolidation Order") and August 20, 2007 ("Scheduling Order"), Lead Plaintiff Joseph Carco

5    filed a Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on August

6    30, 2007;

7    WHEREAS, Nominal Defendant MIPS Technologies, Inc. ("MIPS") filed a motion to

8    dismiss the Consolidated Complaint on the grounds that Lead Plaintiff lacks standing to assert

9    derivative claims and, pursuant to the Consolidation Order, the individual defendants had no

10   obligation to respond to the Consolidated Complaint pending resolution of that motion;

11   WHEREAS, on January 11, 2008, the Court entered an order granting MIPS' motion to

12   dismiss with leave to amend;

13   WHEREAS, on February 20, 2008, Lead Plaintiff Carco and plaintiff Timmy Rollins

14   ("Plaintiffs") filed a First Amended Consolidated Verified Shareholder Derivative Complaint

15   ("FAC");

16   WHEREAS, MIPS' response to the FAC is due on March 28, 2008, and it intends to

17   move to dismiss the FAC on the ground that Plaintiffs lack standing to sue on MIPS' behalf; and

18   WHEREAS, the parties believe that the resources of the Court and the parties are best

19   conserved, and the interests of judicial economy are best served, by deferring the filing of

20   responses to the FAC, and any subsequent amended pleadings, until after the Court has resolved

21   the issue of whether Plaintiffs lack standing to sue on behalf of MIPS;

22   IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of

23   California Civil Local Rule 6-1, by and between the undersigned counsel, as follows:

24   1.    MIPS' motion to dismiss, to be filed on or before March 28, 2008, shall be limited

25   to the issue of whether Plaintiffs have established their standing to sue on MIPS' behalf.

26   2.    Other than as set forth above in Section 1, neither MIPS nor any of the individual

27   defendants in this action shall have any obligation to respond to or move to dismiss the FAC, or

28   any subsequent amended pleadings, until and unless the Court determines that Plaintiffs have

standing to sue on behalf of MIPS.  At such time, if any, the parties shall meet and confer regarding a schedule for any necessary responses to or motions to dismiss the complaint.

Dated: March 5, 2008       FENWICK & WEST LLP

By _____/s/ Kevin P. Muck_____
Kevin P. Muck

Attorneys for Defendants Jack Browne, John E. Bourgoin, Kenneth L. Coleman, Sandy Creighton, Kevin C. Eichler, Fred M. Gibbons, Robert R. Herb, Anthony B. Holbrook, Brad Holtzinger, Benjamin A. Horowitz, Mervin S. Kato, William M. Kelly, Brian Knowles, Lavi Lev, Derek Meyer, Kate Hunt Rundle, Mark Tyndall, and G. Michael Uhler, and Nominal Defendant MIPS Technologies, Inc.

Dated: March 5, 2008       BERGESON, LLP

By _____/s/ Caroline McIntyre_____
Caroline McIntyre

Attorneys for Defendant Renata Creager Lane

Dated: March 5, 2008       COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By _____/s/ John K. Grant_____
John K. Grant

Attorneys for Plaintiffs

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Caroline McIntyre and John K. Grant.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: __3/13/08__          *Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

22622/00403/LIT/1281313.2

STIPULATION AND [] ORDER                2                CASE NO. C 06-06699-RMW