COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
johng@csgrr.com
shawnw@csgrr.com
abaig@csgrr.com
cwood@csgrr.com

Lead Counsel for Plaintiff

*E-FILED - 4/10/08*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-06699-RMW |
| This Document Relates To:<br><br>    ALL ACTIONS. | STIPULATION AND [] ORDER |

1    Whereas this is a derivative action brought on behalf of nominal defendant MIPS
2  Technologies, Inc. in which Joseph Carco and Timmy Rollins are named plaintiffs.
3    Plaintiff Joseph Carco has requested and the parties stipulate and agree as follows:
4    1.  Mr. Carco shall be allowed to withdraw from the action without costs; and
5    2.  The above-captioned action shall be and hereby is dismissed as to defendants Kate
6  Hunt Rundle and Mark Tyndall.

7  DATED:  March 28, 2008      COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
8                              JOHN K. GRANT
                               SHAWN A. WILLIAMS
9                              AELISH M. BAIG
                               CHRISTOPHER M. WOOD

                                        /s/ John K. Grant
12                                      JOHN K. GRANT

13                             100 Pine Street, Suite 2600
                               San Francisco, CA  94111
14                             Telephone:  415/288-4545
                               415/288-4534 (fax)

                               COUGHLIN STOIA GELLER
16                                RUDMAN & ROBBINS LLP
                               TRAVIS E. DOWNS III
17                             KATHLEEN A. HERKENHOFF
                               BENNY C. GOODMAN III
18                             MARY LYNNE CALKINS
                               655 West Broadway, Suite 1900
19                             San Diego, CA  92101-3301
                               Telephone:  619/231-1058
20                             619/231-7423 (fax)

21                             Lead Counsel for Plaintiff

| | | |
|---|---|---|
| DATED:  March 28, 2008 | | FENWICK & WEST LLP<br>KEVIN P. MUCK |

                                         /s/ Kevin P. Muck
                                           KEVIN P. MUCK

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415/875-2300
415/281-1350 (fax)

Attorneys for Defendants

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order in compliance with general order 45, X.B.  I hereby attest that Kevin P. Muck has concurred in this filing.

                                         /s/ John K. Grant
                                         JOHN K. GRANT

\*   \*   \*

# **O R D E R**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:  4/10/08                      *Ronald M. Whyte*
                                          THE HONORABLE RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE

T:\CasesSF\MIPS Derivative\STP00050206.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2008.

    s/ John K. Grant
JOHN K. GRANT

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:Johnkg@csgrr.com

# Mailing Information for a Case 5:06-cv-06699-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Bramson**
  rbramson@bramsonplutzik.com

- **Bradley A. Dirks**
  bdirks@sbtklaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **John K. Grant**
  johnkg@csgrr.com,JDecena@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_fi

- **Tara Puhua Kao**
  tkao@sbtklaw.com,der_filings@sbtklaw.com

- **Felix Shih-Young Lee**
  flee@fenwick.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Kalama M. Lui-Kwan**
  klui-kwan@fenwick.com,cgalvin@fenwick.com

- **Gaurav Mathur**
  gmathur@fenwick.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Susan Samuels Muck**
  smuck@fenwick.com,cgalvin@fenwick.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com,slim@fenwick.com

- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Christopher James Steskal**
  csteskal@fenwick.com,cgalvin@fenwick.com

- **Michael C. Wagner**
  mwagner@sbtklaw.com,der_filings@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
L Timothy Fisher
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, Ca 94598

Eric Lechtzin
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Lee D. Rudy
Schiffrin Barroway Topaz &Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```