COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
johng@csgrr.com
shawnw@csgrr.com
abaig@csgrr.com
cwood@csgrr.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

***E-FILED - 5/14/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C-06-06699-RMW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [] ORDER EXTENDING TIME FOR THE BRIEFING ON MIPS TECHNOLOGIES, INC.'S MOTION TO DISMISS |

1   WHEREAS, on February 20, 2008, Plaintiffs' First Amended Consolidated Verified Shareholder Derivative Complaint for Violation of the Federal Securities Laws and State Law (the "Complaint") was filed;

WHEREAS, on March 28, 2008, nominal defendant MIPS Technologies, Inc. ("MIPS") filed a Motion to Dismiss First Amended Consolidated Complaint for Failure to Excuse Demand (the "Motion to Dismiss");

WHEREAS, pursuant to the February 6, 2008 Stipulation and Order Extending Time Setting Briefing Schedule and to File Consolidated Complaint, plaintiffs' opposition to the Motion to Dismiss is due on April 25, 2008, MIPS' reply is due on May 16, 2008, and a hearing on MIPS' Motion to Dismiss is currently set for June 13, 2008;

WHEREAS, the parties believe that the interests of the parties are better served by extending the time for briefing MIPS' Motion to Dismiss.

IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record that, subject to the Court's approval, plaintiffs shall file their opposition to MIPS' Motion to Dismiss no later than May 9, 2008. MIPS shall file its reply no later than June 6, 2008. The hearing on MIPS' Motion to Dismiss currently scheduled for June 13, 2008 shall be taken off calendar and rescheduled for July 18, 2008 or at another date convenient for the Court.

DATED: April 21, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
AELISH M. BAIG
CHRISTOPHER M. WOOD

/s/
CHRISTOPHER M. WOOD

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

STIPULATION AND [] ORDER EXTENDING TIME FOR THE BRIEFING ON MIPS TECHNOLOGIES, INC.'S MOTION TO DISMISS - C-06-06699-RMW      - 1 -

|   |   |   |
|---|---|---|
| | | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>KATHLEEN A. HERKENHOFF<br>BENNY C. GOODMAN III<br>MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiff |
| DATED:  April 21, 2008 | | FENWICK & WEST LLP<br>KEVIN P. MUCK |

                                                  /s/
                                        KEVIN P. MUCK

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415/875-2300
415/281-1350 (fax)

Attorneys for Defendants

    I, Christopher M. Wood, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time for the Briefing on MIPS Technologies, Inc.'s Motion to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Kevin P. Muck has concurred in this filing.

DATED:  April 21, 2008                                                   /s/
                                                          CHRISTOPHER M. WOOD

**O R D E R**

PURSUANT TO STIPULATION, plaintiffs shall file their opposition to MIPS' Motion to Dismiss no later than May 9, 2008. MIPS shall file its reply no later than June 6, 2008. The hearing on MIPS' motion to dismiss currently scheduled for June 13, 2008 shall be taken off calendar and rescheduled for July 18, 2008 or at another date convenient for the Court.

IT IS SO ORDERED.

DATED: __5/14/08_____    _____*Ronald M. Whyte*_____
                                       THE HONORABLE RONALD M. WHYTE
                                       UNITED STATES DISTRICT JUDGE

T:\CasesSF\MIPS Derivative\S_O00050711_extending time.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2008.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:cwood@csgrr.com

## Mailing Information for a Case 5:06-cv-06699-RMW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Bramson**
  rbramson@bramsonplutzik.com

- **Bradley A. Dirks**
  bdirks@sbtklaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **John K. Grant**
  johnkg@csgrr.com,JDecena@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

- **Tara Puhua Kao**
  tkao@sbtklaw.com,der_filings@sbtklaw.com

- **Felix Shih-Young Lee**
  flee@fenwick.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Kalama M. Lui-Kwan**
  klui-kwan@fenwick.com,cgalvin@fenwick.com

- **Gaurav Mathur**
  gmathur@fenwick.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Susan Samuels Muck**
  smuck@fenwick.com,cgalvin@fenwick.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com,slim@fenwick.com

- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Christopher James Steskal**
  csteskal@fenwick.com,cgalvin@fenwick.com

- **Michael C. Wagner**
  mwagner@sbtklaw.com,der_filings@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**L Timothy Fisher**
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, Ca 94598

**Eric Lechtzin**
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Lee D. Rudy**
Schiffrin Barroway Topaz &Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087