1  KEVIN P. MUCK  (CSB No. 120918)
   SUSAN S. MUCK (CSB No. 126930)
2  KALAMA M. LUI-KWAN (CSB No. 242121)
   GUINEVERE L. JOBSON (CSB No. 251907)
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 875-2300
5  Facsimile:    (415) 281-1350

6  Email: kmuck@fenwick.com
          smuck@fenwick.com
7         klui-kwan@fenwick.com
          gjobson@fenwick.com

8  Attorneys for Nominal Defendant         *E-FILED - 5/22/08*
9  MIPS Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | No. C 06-06699-RMW |
|---|---|
| This Document Relates To: ALL ACTIONS | **STIPULATION AND [] ORDER EXTENDING TIME TO FILE REPLY PAPERS IN SUPPORT OF MOTION TO DISMISS** |

STIPULATION AND [] ORDER                                     CASE NO. C 06-06699-RMW

1      IT IS HEREBY STIPULATED by and between the parties to this action, through their

2 respective counsel of record, as follows:

3      WHEREAS, on February 20, 2008, Plaintiff filed his First Amended Consolidated

4 Verified Shareholder Derivative Complaint for Violation of the Federal Securities Laws and State

5 Law ("Complaint");

6      WHEREAS, on March 28, 2008, nominal defendant MIPS Technologies, Inc. ("MIPS")

7 filed a Motion to Dismiss First Amended Consolidated Complaint for Failure to Excuse Demand

8 ("Motion to Dismiss"), and on May 9, 2008, Plaintiff filed his Opposition to the Motion to

9 Dismiss;

10      WHEREAS, the hearing on MIPS' motion to dismiss is scheduled for July 18, 2008;

11      WHEREAS, MIPS' reply papers are currently due on or before June 6, 2008; and

12      WHEREAS, MIPS has requested, and Plaintiff has agreed, to extend by two weeks the

13 time for MIPS to file its reply papers, which will not affect any other dates or deadlines in this

14 action (including the hearing date on the Motion to Dismiss).

15      IT IS THEREFORE STIPULATED AND AGREED, pursuant to Northern District of

16 California Civil Local Rule 6-1, that subject to the Court's approval, MIPS may file its reply

17 papers on or before June 20, 2008.  The hearing on MIPS' Motion to Dismiss shall remain

18 scheduled for July 18, 2008.

19 Dated: May 15, 2008            FENWICK & WEST LLP

20
                                By      /s/ Kevin P. Muck
21                                         Kevin P. Muck

22                              Attorneys for Nominal Defendant
                                MIPS Technologies, Inc.

23 Dated: May 15, 2008            COUGHLIN STOIA GELLER RUDMAN &
24                              ROBBINS LLP

25
                                By      /s/ John K. Grant
26                                         John K. Grant

27                              Attorneys for Plaintiff

28

STIPULATION AND [] ORDER            1            CASE NO. C 06-06699-RMW

1   Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I
2   attest under penalty of perjury that concurrence in the filing of the document has been obtained
3   from John K. Grant.

**ORDER**

PURSUANT TO THE STIPULATION, MIPS may file its reply papers on or before June 20, 2008.  The hearing on MIPS' Motion to Dismiss shall remain scheduled for July 18, 2008.

IT IS SO ORDERED.

Dated: ___5/22/08_____        _____*Ronald M. Whyte*_____
                                        THE HONORABLE RONALD M. WHYTE
                                        UNITED STATES DISTRICT JUDGE

22622/00403/LIT/1285390.1