**United States District Court**
For the Northern District of California

E-FILED on  8/13/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION  _____  This Document Relates To:  ALL ACTIONS. | No. C-06-06699 RMW  JUDGMENT |

On August 13, 2008 the court entered its order dismissing this case with prejudice. Therefore,

Judgment is hereby entered in favor of defendants, and plaintiffs are not entitled to any relief by way of their complaints.

DATED:     8/13/2008

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—06-06699 RMW
TSF

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  Robert Bramson           rbramson@bramsonplutzik.com
   Bradley A. Dirks         bdirks@sbtklaw.com
4  Travis E. Downs , III    travisd@csgrr.com
   Lawrence Timothy Fisher  ltfisher@bramsonplutzik.com
5  John K. Grant            johnkg@csgrr.com
   Tara Puhua Kao           tkao@sbtklaw.com
6  Alan R Plutzik           aplutzik@bramsonplutzik.com
   Kathryn Anne Schofield   kschofield@bramsonplutzik.com
7  Michael C. Wagner        mwagner@sbtklaw.com
   Shawn A. Williams        shawnw@csgrr.com
8  Eric L. Zagar            ezagar@sbtklaw.com

9  **Counsel for Defendants:**

10 Kalama M. Lui-Kwan       klui-kwan@fenwick.com
   Gaurav Mathur            gmathur@fenwick.com
11 Kevin Peter Muck         kmuck@fenwick.com
   Susan Samuels Muck       smuck@fenwick.com
12 Felix Shih-Young Lee     flee@fenwick.com
   Jay L. Pomerantz         jpomerantz@fenwick.com
13 Christopher James Steskal csteskal@fenwick.com

14

15 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

16

17 **Dated:**    8/13/2008                             TSF
                                            **Chambers of Judge Whyte**
18

19

20

21

22

23

24

25

26

27

28

JUDGMENT—06-06699 RMW
TSF                                    2